No. 88–5054. SULLIVAN v. SULLIVAN. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–6040. MCCABE v. DIAS ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1384. THOMAS v. SHIPKA. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Owens* v. *Okure, ante*, p. 235.

No. 88–550. UNITED STATES v. CHAVEZ-SANCHEZ. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mistretta* v. *United States, ante*, p. 361.

No. — – ——. CALPIN v. CARLSON ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – ——. KIRKPATRICK v. CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–568 (88–287). TIMES MIRROR CO. ET AL. v. DOE. Ct. App. Cal., 4th App. Dist. Application to stay proceedings in the Superior Court of California, County of San Diego, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. JUSTICE STEVENS took no part in the consideration or decision of this application.